IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHEVRON U.S.A. INC.,<br><br>and<br><br>TEXACO INC.,<br><br>and<br><br>TEXACO DOWNSTREAM LLC,<br><br>Plaintiffs,<br>vs.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 03-288C<br>(Chief Judge Damich) |

**STATUS REPORT**

Plaintiffs, Chevron U.S.A. Inc., Texaco Inc., and Texaco Downstream LLC (collectively "ChevronTexaco"), respectfully submit this Status Report to accompany their Amended Complaint which is being filed concurrently herewith. On February 10, 2003, ChevronTexaco filed suit under the Contracts Disputes Act challenging three final decisions by the Defense Energy Support Center ("DESC") denying claims under a series of military fuel contracts. Subsequently, on March 4, 2003, DESC denied two additional claims submitted by Plaintiff

Chevron U.S.A. Inc. Accordingly, pursuant to RCFC 15(a), ChevronTexaco files its Amended Complaint to include within this suit these two additional claims.

Respectfully submitted,

s/ J. Keith Burt______________________
J. Keith Burt
Mayer, Brown, Rowe & Maw
1909 K Street, N.W.
Washington, DC 20006
(202) 263-3208 (phone)
(202) 263-3300 (fax)

Counsel for Plaintiffs
Chevron U.S.A. Inc., Texaco Inc.,
and Texaco Downstream LLC

*Of Counsel:*

Lee H. Rubin
Monica A. Aquino
Mayer, Brown, Rowe & Maw
1909 K Street, N.W.
Washington, DC 20006

Paul Truebenbach
John K. Wyma
Chevron U.S.A. Inc.
6001 Bollinger Canyon Road
San Ramon, CA 94583

March 20, 2003