IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHEVRON U.S.A. INC., and TEXACO INC., and TEXACO DOWNSTREAM LLC, Plaintiffs, vs. THE UNITED STATES, Defendant. | ) | No. 03-288C (Chief Judge Damich) |

**JOINT MOTION TO STAY PROCEEDING**

Plaintiffs, Chevron U.S.A. Inc., Texaco Inc., and Texaco Downstream LLC (collectively "ChevronTexaco") and Defendant, the United States, respectfully submit this Joint Motion to Stay Proceedings.

ChevronTexaco and Defendant jointly request that the Court stay proceedings in this case, except for the discovery of documents relating to award and performance of the underlying fuel contracts, until the earlier of: (1) the Court's issuance of a decision upon the parties' cross motions for summary judgment in *Sunoco v. United States*, No. 02-466C (Fed. Cl.) (Damich, CJ); or (2) six months. ChevronTexaco and Defendant have agreed that, should the Court subsequently decline to dismiss plaintiffs' complaint in *Sunoco*, neither ChevronTexaco nor Defendant will seek a stay of discovery here in order to submit a motion for summary judgment. Recently, in the similar case of *Marathon v. United States*, No. 02-1218C (Fed. Cl.) (Damich,

CJ), the parties agreed, and the Court provided, that the case be stayed on similar terms.[1]

ChevronTexaco and Defendant respectfully request that the same course be followed here.

Respectfully submitted,

/s J. Keith Burt____________
J. Keith Burt
Mayer, Brown, Rowe & Maw
1909 K Street, N.W.
Washington, D.C. 20006
(202) 263-3208 (Phone)
(202) 263-5308 (Fax)

*Of Counsel*:

Lee H. Rubin
Monica A. Aquino
Mayer, Brown, Rowe & Maw
1909 K Street, N.W.
Washington, D.C. 20006

Paul Truebenbach
John K. Wyma
Chevron, U.S.A. Inc.
6001 Bollinger Canyon Road
San Ramon, California

Attorneys for Plaintiffs
Chevron U.S.A. Inc., Texaco Inc.,
and Texaco Downstream LLC

Dated: April 11, 2003

/s Steven J. Gillingham________
STEVEN J. GILLINGHAM
Senior Trial Counsel
KYLE CHADWICK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, 8th Floor
Washington, D.C. 20530
Tele: (202) 616-2311
Fax: (202) 353-7988

*Of Counsel*:
BERNARD A. DUVAL
Counsel
HOWARD M. KAUFER
Assistant Counsel
Defense Energy Support Center

Attorneys for Defendant

Dated: April 11, 2003

[1] ChevronTexaco and Defendant understand that they are at liberty to file motions for summary judgment regardless of the outcome in *Sunoco*, but that they will not seek stays for the purpose of filing those motions.