No. 03-288 C

(Filed: April 22, 2003)

**********************************
*
**CHEVRON U.S.A. INC., TEXACO INC.,** *
**and TEXACO DOWNSTREAM LLC,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
**********************************

**ORDER**

It is hereby ORDERED that the Joint Motion To Stay Proceedings, filed on April 11, 2003, is GRANTED. This case is STAYED until the Court renders a decision on the pending cross-motions for summary judgment in *Sunoco, Inc. & Puerto Rico Sun Oil Co. v. United States*, No. 02-466C and notifies the parties that it has lifted the stay. After the Court has issued a decision in *Sunoco*, the Court will contact the parties to schedule a status conference.

The parties shall engage in limited discovery up to the time of decision in *Sunoco*, consisting of the exchange of documents relating to the award and performance of the underlying fuel contracts.

s/ Chief Judge Edward J. Damich