Respectfully submitted,

| | |
|---|---|
| J. Keith Burt<br>Mayer, Brown, Rowe & Maw, LLP<br>1909 K Street, N.W.<br>Washington, D.C. 20006<br>(202) 263-3208 (Phone)<br>(202) 263-5308 (Fax)<br><br>Attorneys for Plaintiff<br><br>Dated: September 12, 2005 | PETER D. KEISLER<br>Assistant Attorney General<br>s/<br>DAVID M. COHEN<br>Director<br><br>s/Steven J. Gillingham<br>by Kyle Chadwick<br>STEVEN J. GILLINGHAM<br>Senior Trial Counsel<br>KYLE CHADWICK<br>Trial Attorney<br>Commercial Litigation Branch<br>Civil Division<br>United States Department of Justice<br>Attn: Classification Unit, 8th Floor<br>1100 L Street, N.W.<br>Washington, D.C. 20530<br>(202) 616-2311 (Phone)<br>(202) 353-7988 (Fax)<br><br>Attorneys for Defendant-Appellee,<br>The United States<br><br>OF COUNSEL<br><br>BERNARD A. DUVAL<br>Counsel<br>HOWARD. M. KAUFER<br>DONALD S. TRACY<br>Assistant Counsel<br>Office of General Counsel<br>Defense Energy Support Center<br>Fort Belvoir, VA 22060<br><br>Dated: September 12, 2005 |