# In the United States Court of Federal Claims

No. 03-288 C
(Filed: December 14, 2005)

************************************
*
**CHEVRON U.S.A. INC., TEXACO INC., and TEXACO DOWNSTREAM LLC,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

************************************

**ORDER**

In an October 11, 2005, Joint Status Report, Defendant stated its intent to file a motion for summary judgment. On November 15, 2005, the court ordered Defendant to file its motion or answer on or before December 15, 2005. On December 13, 2005, Defendant filed a Motion to Stay all proceedings in the case pending the resolution of *Sunoco v. United States*, No. 02-466C. In its motion, Defendant noted that Plaintiff opposes its motion to stay. As Defendant's Motion to Stay supercedes its motion for summary judgment, the following is ORDERED:

- The court's Order of November 15, 2005, is vacated.
- Plaintiff's opposition shall be filed in accordance with the rules of this court.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge