# In the United States Court of Federal Claims

No. 03-288 C
(Filed: January 10, 2006)

| | |
|---|---|
| *********************************** | |
| | * |
| **CHEVRON U.S.A. INC., TEXACO INC.,** | * |
| **and TEXACO DOWNSTREAM LLC,** | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| *********************************** | |

**ORDER**

On December 13, 2005, Defendant filed a Motion to Stay proceedings in this case pending a decision on Defendant's Motion for Summary Judgment in *Sunoco v. United States*, No. 02-466C.

The court hereby GRANTS Defendant's motion in part. This case shall be stayed through the filing of a Reply, in accordance with RCFC 7.2(c), to Defendant's Motion for Summary Judgment in *Sunoco*.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge