# In the United States Court of Federal Claims

No. 03-288 C
(Filed: March 13, 2006)

| | |
|---|---|
| **CHEVRON U.S.A. INC., TEXACO INC., and TEXACO DOWNSTREAM LLC,** | |
| Plaintiffs, | |
| v. | |
| **THE UNITED STATES,** | |
| Defendant. | |

## ORDER

On December 13, 2005, Defendant filed a Motion to Stay Proceedings in this case pending a decision on Defendant's Motion for Summary Judgment in *Sunoco v. United States*, No. 02-466C.

On January 10, 2006, the Court granted Defendant's motion in part, staying the case through the filing of a reply by Defendant to Plaintiff's Opposition to Defendant's Motion for Summary Judgment in *Sunoco*. Defendant filed its reply on March 10, 2006.

The stay in this case is hereby lifted. The Court ORDERS Defendant to file either a dispositive motion or an answer to Plaintiff's complaint on or before **April 10, 2006**.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge