IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CHEVRON U.S.A. INC.,<br><br>and<br><br>TEXACO INC.,<br><br>and<br><br>TEXACO DOWNSTREAM LLC,<br><br>Plaintiffs,<br>vs.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 03-288C<br>(Chief Judge Damich) |

**PLAINTIFFS' UNOPPOSED MOTION FOR**
**LEAVE TO FILE APPENDIX BY HARD COPY**

Plaintiffs, Chevron U.S.A. Inc., Texaco Inc., and Texaco Downstream LLC (collectively "Chevron"), hereby request leave to file the appendix to their Opposition to Defendant's Motion to Dismiss by hard copy rather than electronically. The Court granted such leave in the similarly situated cases of *El Paso Merchant Energy – Petroleum Company v. United States*, No. 02-1094C (Fed. Cl.), *Hermes Consolidated, Inc., doing business as Wyoming Refining Company v. United States*, No. 02-1460C (Fed. Cl.), *Sunoco, Inc. v. United States*, No. 02-466C (Fed. Cl.), *Valero Refining-Texas, L.P., et al. v. United States*, No. 03-1916C (Fed. Cl.), *Tesoro Hawaii Corp., et al. v. United States*, No. 02-704C (Fed. Cl.), and *La Gloria Oil & Gas Co. v. United States*, No. 02-465C (Fed. Cl.) due to technical issues which precluded Plaintiffs there from electronically filing the appendix. These technical issues, which are also present in this case, derive from the size of the appendix, which exceeds 1000 pages. Defendant does not oppose this motion.

Accordingly, Plaintiffs respectfully request that their Unopposed Motion For Leave To File Appendix By Hard Copy be granted.

Respectfully submitted,

s/J. Keith Burt

J. Keith Burt
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, D.C. 20006
(202) 263-3208 (phone)
(202) 263-5208 (fax)

Attorneys for Plaintiffs,
Chevron U.S.A. Inc., Texaco Inc.,
and Texaco Downstream LLC

May 30, 2006