Exhibit 1

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHEVRON U.S.A., INC.,<br><br>and<br><br>TEXACO, INC.,<br><br>and<br><br>TEXACO DOWNSTREAM LLC,<br><br>Plaintiffs,<br>vs.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 03-288C<br>(Chief Judge Damich) |

## DECLARATION OF ROGER B. RANSOM

1. My name is Roger B. Ransom. I am currently employed as a Server Operations Analyst in the Information Services Department at Mayer, Brown, Rowe & Maw LLP ("MBR&M"). In this position, my responsibilities include monitoring the Firm's backup system, restoring data, and providing second level Help Desk support.

2. On September 19, 2006, I was asked to determine whether an e-mail dated April 22, 2003, from the U.S. Court of Federal Claims ("Court") was received by any of the four MBR&M attorneys and other personnel identified as addressees in the e-mail. Those four individuals were J. Keith Burt, Adrian L. Steel, Jr., Carla Hellwig, and Darlene Hayes. A copy of the e-mail (which I understand was obtained from counsel for the United States in this case) is attached to this Declaration.

3. The steps which I undertook in order to determine whether the April 22, 2003 e-mail was received by any of the four MBR&M individuals are as follows:

(a) Initially, I confirmed that each individual's e-mail address as reflected in the Court's e-mail was accurate. I determined that they were accurate.

(b) Then, because each of these individuals' electronic mailboxes is in a storage group on MBR&M's backup data tapes, I identified the relevant storage group for each individual.

(c) I then determined that I would review both April 22, 2003, and April 23, 2003, in order to determine if the Court's e-mail was received by any of the four MBR&M individuals.

(d) In conducting the search, I used ONTRACK, a software package which is designed to retrieve backup data. ONTRACK identifies which backup tape the individual MBR&M user's mailbox is on.

(e) Once I had identified the backup data tapes for each of the four MBR&M individuals' mailboxes, I loaded those tapes onto my computer and located each individual's inbox. I then loaded those inboxes onto my computer and searched for the Court's April 22, 2003 e-mail.

(f) My review of each of the four MBR&M individuals' inboxes for those two dates indicates that none of them received the April 22, 2003 e-mail from the U.S. Court of Federal Claims.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 27, 2006.

Roger B. Ransom

STATE OF ILLINOIS )
)
COUNTY OF Cook )

Roger B. Ransom, being duly sworn, deposes and says that he has read the foregoing Declaration, knows the facts asserted there are true and that the same are true as stated.

Roger B. Ransom

Subscribed and sworn to before me this 27 day of October, 2006.

Nicholas C. Listermann

Notary Public of Illinois
My Commission expires: 9-24-2008

"OFFICIAL SEAL"
Nicholas C. Listermann
Notary Public, State of Illinois
My Commission Exp. 09/24/2008