# In the United States Court of Federal Claims

No. 03-288 C

(Filed: December 11, 2006)

```
***********************************
                                   *
CHEVRON U.S.A. INC., TEXACO INC., *
and TEXACO DOWNSTREAM LLC,         *
                                   *
              Plaintiffs,          *
                                   *
      v.                           *
                                   *
THE UNITED STATES,                 *
                                   *
              Defendant.           *
                                   *
***********************************
```

**ORDER**

On September 20, 2006, Plaintiff filed an Unopposed Motion to Stay Proceedings pending the final resolution of an appeal in *ConocoPhillips v. United States*, No. 02-1367, or, in the absence of an appeal, the expiration of the appeal period. The Court granted the motion and ordered the parties to file a joint status report after the expiration of the appeal period, on November 30, 2006, which date was extended until December 7, 2006.

Notices of appeal were in fact filed in *ConocoPhillips v. United States*, No. 02-1367 (CAFC No. 07-5004), as well as in *La Gloria Oil & Gas Co. v. United States*, No. 02-465, and in *Tesoro Hawaii Corp. v. United States*, No. 02-704 (CAFC No. 07-5022). The parties here filed their joint status report on December 7, 2006. In view of the parties' discussion in the joint status report, the Court hereby extends the stay in this case until resolution of the cases currently before the Court of Appeals for the Federal Circuit ("Federal Circuit").

The Court ORDERS the parties to file a Joint Status Report within 30 days of a final decision in any of the above jet fuel cases currently on appeal to the Federal Circuit.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge