# In the United States Court of Federal Claims

No. 03-288C
(Filed: October 30, 2007)

************************************
*
**CHEVRON U.S.A., INC., TEXACO, INC.,** *
**and TEXACO DOWNSTREAM, LLC,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
************************************

## ORDER

In light of the settlement discussions reported in the parties' Joint Status Report of October 22, 2007, the Court stays proceedings in this case pending completion of those discussions. The parties shall file a Joint Status Report on or before Friday, November 30, 2007.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge