IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHEVRON U.S.A. INC., | ) | |
| And | ) | |
| TEXACO, INC. | ) | |
| And | ) | |
| TEXACO DOWNSTREAM LLC, | ) | No. 03-288C |
| Plaintiffs, | ) | (Chief Judge Damich) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Plaintiffs, Chevron U.S.A. Inc., Texaco Inc., and Texaco Downstream LLC, on behalf of both Plaintiffs and Defendant, respectfully submit this Joint Status Report. In the parties' October 22, 2007 Joint Status Report, they stated that, pursuant to the ruling of the United States Court of Appeals for the Federal Circuit in *ConocoPhillips v. United States*, No. 2007-5004 (Fed. Cir. Sept. 21, 2007), they were pursuing settlement discussions and were optimistic that this matter could be settled without the need for further proceedings. Following submission of the parties' October 22, 2007 Joint Status Report, the parties have diligently pursued settlement discussions; however, because settlement of this matter is being pursued as part of a broader settlement of approximately 20 other similarly situated cases, the parties require more time to complete settlement discussions. Accordingly, the parties request that the stay of proceedings be continued for an additional thirty days to permit the parties to continue settlement discussions.

The parties propose to file another Joint Status Report in thirty days in the event that this matter is not settled before that time.

Respectfully submitted,

s/ J. Keith Burt

J. KEITH BURT
Mayer Brown LLP
1909 K Street, N.W.
Washington, D.C. 20006
(202) 263-3208 (Phone)
(202) 263-5208 (Fax)

Attorneys for Plaintiffs,
Chevron U.S.A. Inc., Texaco Inc., and Texaco Downstream LLC

November 30, 2007